UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO WOOTEN, | ) | 1:07-CV-0393 LJO DLB (PC) |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #6) |
| GRIPP, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On May 3, 2007, plaintiff filed a motion to extend time to submit new in forma pauperis application and certified trust account statement. Inasmuch as plaintiff filed the Motion to Proceed In Forma Pauperis on May 17, 2007 and May 22, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to submit a new in forma pauperis application and certified trust account statement is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated:   __June 13, 2007__        _____/s/ Dennis L. Beck_____
                                                UNITED STATES MAGISTRATE JUDGE